CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 15 2007

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

| | |
|---|---|
| PRAVEEN KUMAR MANDANAPU,<br>Plaintiff, | )<br>) Civil Action No. 7:07cv00219<br>) |
| v. | ) **FINAL ORDER**<br>) |
| R. MATTHEWS, <u>et al.</u>,<br>Defendants. | ) By: Samuel G. Wilson<br>) United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that this action shall be and hereby is **DISMISSED** without prejudice; his motion to proceed in <u>forma pauperis</u> is **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This 15th day of June, 2007.

/s/
United States District Judge